## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**THE SAMUEL LAW FIRM**
Michael Samuel (MS 7997)
1441 Broadway, Suite 6085
New York, New York 10018
(212) 563-9884
michael@samuelandstein.com

Attorneys for Plaintiff

| | |
|---|---|
| Marco Antonio Cuesta Asturillo,<br><br>    Plaintiff,<br><br> - vs. –<br><br>3143 Broadway Corp d/b/a Bettolona, Sandro Giusiano, Sebastiano Cappitta, and Schastiano Cappitta,<br><br>    Defendants. | DOCKET NO. 1:21-cv-02800<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE, that upon the following Declaration of Michael Samuel, Esq. and the accompanying exhibits and supporting materials filed herein, plaintiff Marco Antonio Cuesta Asturillo hereby moves this Court for a default judgment against defendants 3143 Broadway Corp d/b/a Bettolona, Sandro Giusiano, Sebastiano Cappitta, and Schastiano Cappitta in the amount of a sum certain of $346,746.03, or in the alternative, for a proof hearing to establish plaintiffs' damages. Also enclosed is a proposed form of Order for the default judgment.

Dated: June 11, 2021

/s/ Michael Samuel
Michael Samuel (MS 7997)
**THE SAMUEL LAW FIRM**
1441 Broadway, Suite 6085
New York, New York 10018
(212) 563-9884 / Fax: (212)-563-9870
michael@samuelandstein.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of this document was filed electronically this _____ day of June, 2021. Parties may access this filing through the Court's system, and this filing, and all supporting documents filed herewith, are being sent by first class mail to defendants at the following addresses:

3143 Broadway Corp d/b/a Bettolona
3143 Broadway
New York, New York 10027

Sandro Giusiano
3143 Broadway Corp d/b/a Bettolona
3143 Broadway
New York, NY 10027

Sebastiano Cappitta,
3143 Broadway Corp d/b/a Bettolona
3143 Broadway
New York, NY 10027

Schastiano Cappitta
3143 Broadway Corp d/b/a Bettolona
3143 Broadway
New York, NY 10027

　　/s/ Michael Samuel
Michael Samuel (MS 7997)
**THE SAMUEL LAW FIRM**
1441 Broadway, Suite 6085
New York, New York 10018
(212) 563-9884