UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Marco Antonio Cuesta Asturillo,<br><br>    Plaintiff,<br><br>- vs. –<br><br>3143 Broadway Corp d/b/a Bettolona, Sandro Giusiano, Sebastiano Cappitta, and Schastiano Cappitta,<br><br>    Defendants. | DOCKET NO.  1:21-cv-02800<br><br>**DEFAULT JUDGMENT** |

  This action having been commenced on April 1, 2021, by the filing of the Summons and Complaint; and a copy of the Summons and Complaint having being served on defendants 3143 Broadway Corp d/b/a Bettolona, Sandro Giusiano, Sebastiano Cappitta, and Schastiano Cappitta, by serving a true copy of each on Mr. Carino personally, a person of suitable age and discretion, identified as a co-worker of the named defendants, at said premises, Defendants' actual place of business, within the State, and proof of service for each defendant having being served on April 7, 2021 and filed with the District Court on April 28, 2021; and defendants 3143 Broadway Corp d/b/a Bettolona, Sandro Giusiano, Sebastiano Cappitta, and Schastiano Cappitta not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk's Certificate of Default having been issued on May 5, 2021, it is:

  ORDERED, ADJUDGED AND DECREED: That plaintiff has judgment against defendants 3143 Broadway Corp d/b/a Bettolona, Sandro Giusiano, Sebastiano Cappitta, and Schastiano Cappitta, by serving defendants 3143 Broadway Corp d/b/a Bettolona, Sandro Giusiano, Sebastiano Cappitta, and Schastiano Cappitta in the liquidated amount of $347,626.57 for plaintiff Marco Antonio Cuesta Asturillo; plus attorneys' fees, costs

and disbursements of this action in the amount of $4,048.00.

Dated:   New York, NY
         _____, 2021              SO ORDERED:

                                               _____
                                               Hon. John P. Cronan
                                               United States District Judge
                                               This document was entered on the docket on

                                               _____.